AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

United States of America
v.

WALTER LEE,
  a/k/a "Reno,"
  a/k/a "Hawk"
*Defendant*

Case No. 8:15CR129

Rec'd USMS
MAR 11 2015

**SEALED**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    WALTER LEE, a/k/a "Reno", a/k/a "Hawk",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Section 841(a)(1)
Title 21, United States Code, Section 841(b)(1)(A)
Title 21, United States Code, Section 846
Title 21, United States Code, Section 853
Title 21, United States Code, Section 881
Title 28, United States Code, Section 2461(c)

OCDETF

Date: 03/10/2015

City and state:    Greenville, South Carolina

Nora Chandler, Deputy Clerk for
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* MAR 11 2015, and the person was arrested on *(date)* 3/17/15
at *(city and state)* Greenville, SC.

Date: 3/18/15

SA Ryan Barrett, DEA
*Arresting officer's signature*

By: G. Mosley, TFO
*Printed name and title*