IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 8:15-129 |
| | ) | |
| vs. | ) | |
| | ) | |
| WALTER LEE, | ) | |
| Defendant. | ) | **INFORMATION** |

The United States of America, by and through its undersigned Assistant United States Attorney, files this Information thereby notifying the defendant that he is subject to increased penalties pursuant to Title 21, United States Code, Section 851, based upon the following convictions:

1. <u>November 15, 2012</u>- convicted for Possession of Less than 1 Gram of Methamphetamine or Cocaine Base in General Sessions Court in Anderson County, South Carolina, Indictment Number 2012-GS-04-0166. The Defendant received a sentence of 3 years suspended on 5 years probation.

Respectfully submitted,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

*Andrew B. Moorman*

Andrew B. Moorman, Sr.
D.C. Bar No. 10013
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
864-282-2100

April 10, 2015.