| VOID IF NOT ISSUED BY **31-Oct-15** | **Federal Court** POWER OF ATTORNEY **Financial Casualty & Surety, Inc.** The Bail Insurance Company | POWER NUMBER **FFB250-1484893** |
|---|---|---|
| 3131 Eastside, Suite 600, Houston, TX 77098 | | Tele.# 877.737.2245 |

KNOW ALL MEN BY THESE PRESENTS that Financial Casualty & Surety, Inc., a corporation duly organized and existing under the laws of the State of Texas does constitute and appoint and by these presents does make, constitute and appoint the named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-in-Fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearance.

This Power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Immigration Bonds. This power is void if altered or erased, void if used in combination with other Powers of this company or Powers from any other surety, void if used to furnish bail in excess of the maximum stated amount of this Power. This Power Number is unique and can only be used once. The obligation of the surety shall not exceed the sum of:

**\*\*\*Two Hundred Fifty Thousand Dollars and Zero Cents\*\*\***     **\*\*\*$250,000.00\*\*\***

and this original Power-of-Attorney with the original bond MUST together be posted with the court and retained as a part of the court's records. The said Attorney-in-Fact is hereby authorized to insert in this Power-of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, THE FINANCIAL CASUALTY & SURETY, INC. has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be affixed this __4__ of __June__ __2015__.

Defendant: Walter L. Lee
Court: Federal Court   City: Greenville   State: SC   Case Number: 8:15 CR 19
Bond Amount $ 100,000   Charge(s): Consp to Dist.
If Rewrite, Original Number: _____
Executing Agent: Ricky Hill

Senior Vice President

NOT VALID IF USED IN **State or Municipal Court**

[FCS-103 (12/05)] COPY FOR COURT

**Micro Printed (Anti-Forgery) Message is Contained in this Document's Border ~ If missing, the Document is FORGED and VOID**