IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

**UNITED STATES OF AMERICA**

VS

CR NO. 8:15-129-2

Walter Lee

# PLEA

The defendant, having withdrawn his plea of Not Guilty, pleads **GUILTY** to Count 1 of the [Indictment/~~Information~~/~~Superseding~~] Fourth Superseding Indictment.

_____
(Signed) Defendant

Anderson, South Carolina