AO 187 (Rev. 7/87) Exhibit and Witness List

## UNITED STATES DISTRICT COURT

DISTRICT OF _____ SOUTH CAROLINA _____

UNITED STATES OF AMERICA

V.
Eric Scott

**EXHIBIT AND WITNESS LIST**

Case Number: 8:15-129

| PRESIDING JUDGE The Honorable Timothy M. Cain | | | | PLAINTIFF'S ATTORNEY Andrew B. Moorman, Sr., AUSA | DEFENDANT'S ATTORNEY Rauch Wise, Esquire |
|---|---|---|---|---|---|
| TRIAL DATE (S) April 28, 2016 (Hearing) | | | | COURT REPORTER | COURTROOM DEPUTY Pam Brissey |

| GOVT NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Special Agent Jay Rajaee |
| 1 | | 4 28 16 | ✓ | ✓ | Oral Warning Card DEA From 13-A |
| | | | | | IRS Andre Vaquero |
| | | | | | TFO Barrett Ryan |
| 2 | | 4 28 16 | ✓ | ✓ | Photo – Outside of Residence |
| 3 | | 4 28 16 | ✓ | ✓ | Photo – Open Drawer |
| 4 | | 4 28 16 | ✓ | ✓ | Photo – Open Drawer (close up) |
| 5 | | 4 28 16 | ✓ | ✓ | Photo – Kitchen Cabinet |
| 6 | | 4 28 16 | ✓ | ✓ | Photo – Kitchen Cabinet (close up) |
| 7 | | 4 28 16 | ✓ | ✓ | Photo – Table Top |
| 8 | | 4 28 16 | ✓ | ✓ | Photo – Drawer on the Floor |
| 9 | | 4 28 16 | ✓ | ✓ | Photo – Vehicle |
| 10 | | 4 28 16 | ✓ | ✓ | Photo – Vehicle (inside through driver's side) |
| 11 | | 4 28 16 | ✓ | ✓ | Photo – Bundled Money in Center Console |
| 12 | | 4 28 16 | ✓ | ✓ | Rajaee Investigation Report |