Original

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ SOUTH CAROLINA _____

UNITED STATES OF AMERICA

V.

Eric Scott, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 8:15-129

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Timothy M. Cain | Andrew B. Moorman, Sr. AUSA<br>E. Jeanne Howard, AUSA<br>William J. Watkins, AUSA | |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 26 October 2016 – 18 November 2016 | | |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/26 | ✓ | ✓ | DVD-Traffic stop from 2-18-14 (17880) |
| 1a | | 10/26 | ✓ | | Transcript of 2-18-14 traffic stop (ID ONLY) j/ ...at the |
| 2 | | 10/26 | ✓ | ✓ | Photo-Cell phones on roof of Toyota Yaris (04912) |
| 3 | | 10/26 | ✓ | ✓ | Photo-Money in grocery bag (04914) |
| 4 | | | | | DVD-Traffic stop from 8-1-15 (14000) (ID ONLY) |
| 5 | | 10/26 | ✓ | ✓ | Photo-Three bricks of cocaine seized on 8-1-15 (14236) |
| 5a | | 10/26 | ✓ | ✓ | 3 kilos of cocaine (PE) |
| 6 | | 10/26 | ✓ | ✓ | Stipulation #1 – Photo of 2985g of cocaine seized on 8-1-15 |
| 7 | | 10/26 | ✓ | ✓ | Lonnie Maddox plea agreement (redacted) (21166-21177) |
| 8 | | 10/26 | ✓ | ✓ | DVD-Telephone call from November 28, 2012 (21151) |
| 8a | | 10/26 | ✓ | | Transcript of call from November 28, 2012 (ID ONLY) (21243) |
| 9 | | 10/26 | ✓ | ✓ | Photos-Still Shots from Pole Cam (06028) |
| 10 | | 10/26 | ✓ | ✓ | Photo-Exterior of Jeep (05999) |
| 11 | | 10/26 | ✓ | ✓ | Photo-Rear of Jeep with extension cord (06001) |
| 12 | | 10/26 | ✓ | ✓ | Photo-Jeep floorboard (06003) |
| 13 | | 10/26 | ✓ | ✓ | Photo-Sealed Jeep compartment (06008) |
| 14 | | 10/26 | ✓ | ✓ | Photo-Open compartment in Jeep (06011) |
| 15 | | 10/26 | ✓ | ✓ | Photo-Wrapped kilo of cocaine (06013) |
| 16 | | 10/26 | ✓ | ✓ | Photo-Wrapped kilo of cocaine and stack of currency (06018) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __10__ Pages

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | | USA | vs. | Eric Scott, et al | CRIMINAL NO: 8:15-129 |

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 17 | | 10/26 | ✓ | ✓ | Photo-Wrapped stacks of currency (06020) |
| 18 | | 10/26 | ✓ | ✓ | Photo-Wrapped stacks of currency (06026) |
| 18a | | 10/26 | ✓ | ✓ | 2 kilos of cocaine (PE)  Bags 1 and 2 |
| 19 | | 10/26 | ✓ | ✓ | Stipulation #2 – Photo of 1998g of cocaine and $111,440 |
| 20 | | 10/26 | ✓ | ✓ | Photo-Ridgeline at QT (05626) |
| 21 | | 10/26 | ✓ | ✓ | Photo-Martinez outside Ridgeline at QT (05637) |
| 22 | | 10/26 | ✓ | ✓ | Photo-Ridgeline inside garage (05652) |
| 23 | | 10/26 | ✓ | ✓ | Photo-Sealed Ridgeline compartment (05679) |
| 24 | | 10/26 | ✓ | ✓ | Photo-Wrapped stacks of currency (05680) |
| 25 | | 10/26 | ✓ | ✓ | Photo-Ridgeline wheel well (05710) |
| 26 | | 10/26 | ✓ | ✓ | Photo-Two DEA evidence bags (05709) |
| 27 | | 10/27 | ✓ | ✓ | DVD-Ridgeline traffic stop on 3-28-2014 (17879) |
| 28 | | 10/27 | ✓ | ✓ | Photo – Alabama driver's license for "Wilmer Martinez" (05639) |
| 29 | | 10/27 | ✓ | ✓ | Photo-Wrapped cash in hidden compartment (04649) |
| 30 | | 10/27 | ✓ | ✓ | Photo-Wrapped cash stacked on truck bed (04650) |
| 31 | | 10/27 | ✓ | ✓ | Stipulation #3 - Photo of $464,465 in cash |
| 32 | | 10/27 | ✓ | ✓ | Photo-Wrapped cash stacked on truck bed (04651) |
| 33 | | 10/27 | ✓ | ✓ | Photo-Intact truck compartment (04654) |
| 34 | | 10/27 | ✓ | ✓ | Photo-Wheel well hidden compartment door (04656) |
| 35 | | 10/27 | ✓ | ✓ | Photo-Wheel well hidden compartment (04657) |
| 36 | | 10/27 | ✓ | ✓ | Photo-Wheel well hidden compartment closeup (04658) |
| 37 | | 10/27 | ✓ | ✓ | Photo-Truck bed (04666) |
| 38 | | 10/27 | ✓ | ✓ | Photo-Spare tire compartment (04660) |
| | | | | | ...er, Douglas Cou... |
| 39 | | 10/27 | ✓ | ✓ | ~~DVD-~~ Traffic stop of Bello on 3-31-2011  Photograph |
| 40 | | 10/27 | ✓ | ✓ | Alabama Department of Revenue, Motor Vehicle Division Record |
| 41 | | 10/27 | ✓ | ✓ | Stipulation #4 - Alabama Department of Revenue, Motor Vehicle Division Record |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | EXHIBIT AND WITNESS LIST - CONTINUATION | | | |
|---|---|---|---|---|---|
| | | USA        vs.        Eric Scott, et al | | **CRIMINAL NO:** 8:15-129 | |

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 42 | | 10/27 | ✓ | ✓ | Derrick Jones plea agreement (redacted) (20100-20113) |
| 43 | | 10/27 | ✓ | ✓ | Photo-Densy Carcano (05648) |
| 44 | | 10/27 | ✓ | ✓ | Photo-Front of 5 Booker Street (05581) |
| 45 | | 10/27 | ✓ | ✓ | Photo-Back of 5 Booker Street (05585) |
| 46 | | 10/27 | ✓ | ✓ | Photo-Office at 5 Booker Street (05577) |
| 47 | | 10/27 | ✓ | ✓ | Photo-Bay at 5 Booker Street (05546) |
| 48 | | | | | Photo-Two digital scales at 5 Booker Street (05562) |
| 49 | | 10/27 | ✓ | ✓ | Photo-Crack cocaine remaining partially in brown bag seized from Derrick Jones' residence on 2-25-15 (05021) |
| 50 | | 10/27 | ✓ | ✓ | Photo-Crack cocaine in stacks seized from Derrick Jones' residence on 2-25-15 (05022) |
| 50a | | 10/27 | ✓ | ✓ | 389g of crack cocaine (PE) |
| 51 | | 10/27 | ✓ | ✓ | Stipulation #5– Photo of 389g of crack cocaine |
| 52 | | 10/27 | ✓ | ✓ | Photo-Marijuana seized from Derrick Jones' residence on 2-25-15 (05023) |
| 53 | | 10/27 | ✓ | ✓ | Photo-Digital scale seized from Derrick Jones' residence on 2-25-15 (05012) |
| 54 | | 10/27 | ✓ | ✓ | Photo-Stock of firearm in closet seized from Derrick Jones' residence on 2-25-15 (04951) |
| 55 | | 10/27 | ✓ | ✓ | Photo-Ammunition and magazine seized from Derrick Jones' residence on 2-25-15 (04987) |
| 56 | | 10/27 | ✓ | ✓ | DVD-Eric Scott call to Derrick Jones on 4-23-2015 (13871)  up to 2 min 6 sec |
| 56a | | 10/27 | ✓ | | Transcript of 4-23-2015 call (ID ONLY) |
| | | | | | |
| 57 | | 10/27 | ✓ | ✓ | Walter Lee Plea Agreement (redacted) |
| 58 | | 10/27 | ✓ | ✓ | Video Clip 1 from pole cam at R&Ts Auto on July 1, 2014 |
| 59 | | 10/27 | ✓ | ✓ | SMS that Walter Lee sent Antonio Crawley on July 1, 2014 |
| 60 | | 10/27 | ✓ | ✓ | Stipulation #6 – Lee/Crawley SMS at 5:45pm on July 1, 2014 |
| 61 | | 10/27 | ✓ | ✓ | SMS that Antonio Crawley sent Walter Lee on July 1, 2014 |
| 62 | | 10/27 | ✓ | ✓ | Stipulation #7 – Crawley/Lee SMS 5:46pm on July 1, 2014 |
| 63 | | 10/27 | ✓ | ✓ | Video Clip 2 from pole cam at R&Ts Auto on July 1, 2014 |
| 64 | | 10/27 | ✓ | ✓ | South Carolina DMV application for title – Dodge Ram |
| 65 | | 10/27 | ✓ | ✓ | Stipulation #8 – South Carolina DMV   Witness: Randy Smith |
| 66 | | 10/27 | ✓ | ✓ | Call between Lee and Crawley on October 25, 2014 (Session 121) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA vs. Eric Scott, et al     **CRIMINAL NO:** 8:15-129

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 66a | | 10/27 | ✓ | | Transcript of call between Lee and Crawley on October 25, 2014 (Session 121) (ID ONLY)  NOT ADMITTED |
| 67 | | 10/28 | ✓ | ✓ | Linesheet of SMS that Yaphet Thomas sent Lee on October 30, 2014 (Session 286) |
| 68 | | 10/28 | ✓ | ✓ | Linesheet of SMS that Lee sent Thomas on October 30 2014 (Session 294) |
| 69 | | 10/28 | ✓ | ✓ | Call between Lee and Thomas on November 1, 2014 (Session 357) |
| 69a | | 10/28 | ✓ | | Transcript of call between Lee and Thomas on November 1, 2014 (Session 357) (ID ONLY)  NOT ADMITTED |
| 70 | | 10/29 | ✓ | ✓ | Call between Lee and Crawley on November 1, 2014 (Session 364) |
| 70a | | 10/28 | ✓ | | Transcript of call between Lee and Crawley on November 1, 2014 (Session 364) (ID ONLY)  NOT ADMITTED |
| 71 | | 10/28 | ✓ | ✓ | Linesheet of SMS that Lee sent Thomas on November 3, 2014 (Session 392) |
| 72 | | 10/28 | ✓ | ✓ | Linesheet of SMS that Lee sent Thomas on November 3, 2014 (Session 393) |
| 73 | | 10/28 | ✓ | ✓ | Linesheet of SMS that Thomas sent Lee on November 3, 2014 (Session 394) |
| 74 | | 10/28 | ✓ | ✓ | Linesheet of SMS that Lee sent Thomas on November 3, 2014 (Session 395) |
| 75 | | 10/28 | ✓ | ✓ | Linesheet of SMS that Thomas sent Lee on November 3, 2014 (Session 397) |
| 76 | | 10/28 | ✓ | ✓ | Linesheet of SMS that Lee sent Thomas on November 3, 2014 (Session 399) |
| 77 | | 10/28 | ✓ | ✓ | Linesheet of SMS that Thomas sent Lee on November 3, 2014 (Session 406) |
| 78 | | 10/28 | ✓ | ✓ | Linesheet of SMS that Lee sent Thomas on November 3, 2014 (Session 407) |
| 79 | | 10/28 | ✓ | ✓ | Linesheet of SMS that Thomas sent Lee on November 3, 2014 (Session 426) |
| 80 | | 10/28 | ✓ | ✓ | Call between Lee and Thomas on November 3, 2014 (Session 431) |
| 80a | | 10/28 | ✓ | | Transcript of call between Lee and Thomas on November 3, 2014 (Session 431) (ID ONLY)  NOT ADMITTED |
| 81 | | 10/28 | ✓ | ✓ | Call between Lee and Thomas on November 3, 2014 (Session 433) |
| 81a | | 10/28 | ✓ | | Transcript of call between Lee and Thomas on November 3, 2014 (Session 433) (ID ONLY)  NOT ADMITTED |
| 82 | | 10/28 | ✓ | ✓ | Call between Lee and Thomas on November 3, 2014 (Session 436) |
| 82a | | 10/28 | ✓ | | Transcript of call between Lee and Thomas on November 3, 2014 (Session 436) (ID ONLY)  NOT ADMITTED |
| 83 | | 10/28 | ✓ | ✓ | Photo-Rear of Toyota Solara (21087) |
| 84 | | 10/28 | ✓ | ✓ | Photo-Open passenger side door (21127) |
| 85 | | 10/28 | ✓ | | Photo-Passenger side interior door panel (21062) |
| 86 | | 10/28 | ✓ | ✓ | Photo-Passenger side interior door hidden compartment (21063) |
| 87 | | 10/28 | ✓ | ✓ | Photo-Plastic bag filled with small bags of cocaine (21070) |
| 88 | | 10/28 | ✓ | ✓ | Stipulation #9 – Photo of 173.83g of cocaine seized on July 1, 2014 |
| 87A | | 10/28 | ✓ | ✓ | Bag of cocaine |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 4 of 10 Pages

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **EXHIBIT AND WITNESS LIST - CONTINUATION** USA vs. Eric Scott, et al — CRIMINAL NO: 8:15-129 |
| 89 | | 10/28 | ✓ | ✓ | Photo-Open driver side door (21078) |
| 90 | | 10/28 | ✓ | ✓ | Photo-Close-up of hidden door compartment with gun (21074) |
| 91 | | 10/28 | ✓ | ✓ | Photo-Baggies of cocaine, gun and Jose Cuervo (21106) |
| | | 11/1 | | | |
| 92 | | 11/1 | ✓ | ✓ | Photo-Two bricks of cocaine (05980) |
| | | | | | |
| 93 | | 10/28 | ✓ | ✓ | DVD – Aerial Surveillance Footage from November 3, 2014 (13862) |
| 94 | | 10/28 | ✓ | ✓ | DVD – Clips from November 3, 2014 aerial surveillance |
| | | 10/31 | | | |
| | | 10/31 | | | |
| 95 | | 10/31 | ✓ | ✓ | DVD-Bello traffic stop on 11-3-2014 (21150) |
| | | | | | |
| 96 | | 10/27 | ✓ | ✓ | South Carolina DMV title history – Cadillac DeVille |
| | | 10/31 | | | |
| 97 | | 10/31 | ✓ | ✓ | Joel Bello-Henriquez plea agreement (redacted) (20056-20066) |
| 98 | | 10/28 | ✓ | ✓ | Photo-Joel Bello from November 3, 2014 (05995) |
| 99 | | 10/31 | ✓ | ✓ | Photo-Luis Anguiano from November 3, 2014 (05994) |
| 100 | | 10/31 | ✓ | ✓ | Photo-$5000 seized from black Honda on November 3, 2014 (05997) |
| 101 | | 10/31 | ✓ | ✓ | Photo Array-Yaphet Thomas (21128) |
| 102 | | 10/31 | ✓ | ✓ | Photo Array-Antonio Crawley (21130) |
| 103 | | 10/31 | ✓ | ✓ | Photo Array-Samuel Calhoun (21132) |
| 104 | | 10/31 | ✓ | ✓ | Photo Array-Chee Davis (21136) |
| 105 | | 10/31 | ✓ | ✓ | Photo Array-Eric Scott (21131) |
| 106 | | 10/31 | ✓ | ✓ | Photo Array-Walter Lee (21129) |
| 107 | | 10/31 | ✓ | ✓ | Photo Array-Cedrick Gaines (21134) |
| 108 | | 10/31 | ✓ | ✓ | Photo Array-Willie Gibson a/k/a "Gipper" (21133) |
| 109 | | 10/31 | ✓ | ✓ | Photo Array-Lashaun Fair (21135) |
| 110 | | 10/31 | ✓ | ✓ | Photo Array-Densy Carcamo (21139) |
| 111 | | 10/31 | ✓ | ✓ | Photo Array-Ken Simmons (21137) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **EXHIBIT AND WITNESS LIST - CONTINUATION** |
| | | | USA vs. Eric Scott, et al | | **CRIMINAL NO:** 8:15-129 |
| 112 | | 10/31 | ✓ | ✓ | Photo Array-Damian Wakefield (21138) |
| 113 | | 10/28 | ✓ | ✓ | Photo Array-Yaphet Thomas (21048) |
| 114 | | 10/28 | ✓ | ✓ | Photo Array-Antonio Crawley (21045) |
| 115 | | 10/28 | ✓ | ✓ | Photo Array-Samuel Calhoun (21050) |
| 116 | | 10/28 | ✓ | ✓ | Photo Array-Chee Davis (21043) |
| 117 | | 10/28 | ✓ | ✓ | Photo Array-Eric Scott (21047) |
| 118 | | 10/28 | ✓ | ✓ | Photo Array-Joselito Olmo (21046) |
| 119 | | 10/28 | ✓ | ✓ | Photo Array-Walter Lee (21049) |
| 120 | | 10/28 | ✓ | ✓ | Photo Array-Cedrick Gaines (21052) |
| 121 | | | | | Photo-Luis Anguiano (21044) |
| 122 | | 10/28 11/1 | ✓ | ✓ | Photo-Kilo of cocaine wrapped in green plastic (06013) |
| 123 | | 11/1 11/1 | ✓ | ✓ | Photo-Wisenator apparatus () [ |
| 124 | | 11/1 | ✓ | ✓ | Photo-Exterior of 219 E Pinedale (05507) |
| 125 | | 11/1 | ✓ | ✓ | 219 East Pinedale Floorplan (21140) |
| 126 | | 11/1 | ✓ | ✓ | Photo-"BT" sign (05473) |
| 127 | | 11/1 | ✓ | ✓ | Photo-Bedroom dresser and coats (05472) |
| 128 | | 11/1 | ✓ | ✓ | Photo-Notebook on bedroom floor (05512) |
| 128a | | 11/1 | ✓ | ✓ | Notebook (PE) |
| 129 | | 11/1 | ✓ | ✓ | Photo-Notebook contents closeup (05513) |
| 130 | | 11/1 | ✓ | ✓ | Photo-Notebook contents (05514) |
| 131 | | 11/1 | ✓ | ✓ | Photo-Bag of Quick Fix Plus (05519) |
| 132 | | 11/1 11/1 | ✓ | ✓ | Photo-Handgun (05522) |
| 133 | | 11/1 | ✓ | ✓ | Photo-Exterior of 115 Darwin Road (05040) |
| 134 | | 11/1 11/1 | ✓ | ✓ | Photo-Black Porsche Panamera 4S (05345) ( |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **EXHIBIT AND WITNESS LIST - CONTINUATION** |
| | | | USA vs. Eric Scott, et al | | **CRIMINAL NO:** 8:15-129 |
| 135 | | 11/1 | ✓ | ✓ | Fingerprint card with non-comparable print (21012) (PE) |
| 136 | | 11/1 | ✓ | ✓ | Fingerprint card with comparable print (21012) (PE) |
| 137 | | 11/1 | ✓ | ✓ | Tax Documents-2010-15 Tax Returns (20377-20420) |
| 138 | | 11/1 | ✓ | ✓ | Tax Documents-Hou-God 2010-15 (20282-20300) |
| 139 | | 11/1 | ✓ | ✓ | Stipulation #10 – Eric Scott and Hou-God 2010-2015 Tax Returns |
| 140 | | 11/1 | ✓ | ✓ | BB&T Records (02791-02807) |
| 141 | | 11/1 | ✓ | ✓ | Stipulation #11 – BB&T Bank Records |
| 142 | | 11/1 | ✓ | ✓ | Suntrust Records Acct #4879 (03085-03088) |
| 143 | | 11/1 | ✓ | ✓ | Suntrust Records Acct#0269 (03199-03260) |
| 144 | | 11/1 | ✓ | ✓ | Suntrust Records Acct#8034 (03089-03198) |
| 145 | | 11/1 | ✓ | ✓ | Suntrust Statements Acct#0269 (03289-03304) |
| 146 | | 11/1 | ✓ | ✓ | Suntrust Statements Acct#8034 (03274-03288) |
| 147 | | 11/1 | ✓ | ✓ | Suntrust Records for Hou-God (03029-03084) |
| 148 | | 11/1 | ✓ | ✓ | Suntrust Records for Hou-God (06799-06834) |
| 149 | | 11/1 | ✓ | ✓ | Suntrust Records for Scott & Hou-God (03305-03401) |
| 150 | | 11/1 | ✓ | ✓ | Suntrust Record Misc Deposit Slips & Statement (06835-06846) |
| 151 | | 11/1 | ✓ | ✓ | Suntrust Signature Cards & Safety Dep Box App (03265-03273) |
| 152 | | 11/1 | ✓ | ✓ | Stipulation #12 – SunTrust Bank Records |
| 153 | | 11/1 | ✓ | ✓ | BOA Records Acct#5413 (01628-01748) |
| 154 | | 11/1 | ✓ | ✓ | BOA Records Acct#5413 (01749-01777) |
| 155 | | 11/1 | ✓ | ✓ | BOA Statements Acct#5413 (01898-01956) |
| 156 | | 11/1 | ✓ | ✓ | BOA Statements Acct#5413 (02157-02215) |
| 157 | | 11/1 | ✓ | ✓ | Stipulation #13 – Bank of America Bank Records |
| 158 | | 11/1 | ✓ | ✓ | Wells Fargo (12533-12537) |
| 159 | | 11/1 | ✓ | ✓ | Wells Fargo Loan & Credit Card Application (13560-13567) |
| 160 | | 11/1 | ✓ | ✓ | Stipulation #14 – Wells Fargo Bank Records |
| 161 | | 11/1 | ✓ | ✓ | Hou-God Articles of Organization (17914-17916) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 7 of 10 Pages

| | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION | |
|---|---|---|---|---|---|---|
| | | | USA | vs. | Eric Scott, et al | CRIMINAL NO: 8:15-129 |
| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 162 | | 11/1 | ✓ | ✓ | Stipulation #15 – Articles of Organization | |
| 163 | | 11/1 | ✓ | ✓ | Strawberry Place Closing (Robinson) (20421-20513) | |
| 164 | | 11/1 | ✓ | ✓ | Stipulation #16 – Strawberry Place Records | |
| 165 | | 11/1 | ✓ | ✓ | Pinedale Road Closing (Robinson) (20185-20225) | |
| 166 | | 11/1 | ✓ | ✓ | Pinedale Road Closing (Robinson) (13478-13485) | |
| 167 | | 11/1 | ✓ | ✓ | Stipulation #17 – 219 E. Pinedale Records | |
| 168 | | 11/1 | ✓ | ✓ | Summary Chart-Eric Scott Personal Income Tax Returns | |
| 169 | | 11/1 | ✓ | ✓ | Summary Chart-Eric Scott Bank Deposits (Suntrust 80269) | |
| 170 | | 11/1 | ✓ | ✓ | Summary Chart-Eric Scott Bank Deposits (Suntrust 28034) | |
| 171 | | 11/1 | ✓ | ✓ | Summary Chart-Eric Scott Bank Deposits (Suntrust 24879) | |
| 172 | | 11/1 | ✓ | ✓ | Summary Chart-Eric Scott Bank Deposits (BOA 45413) | |
| 173 | | 11/1 | ✓ | ✓ | Summary Chart-Eric Scott All Bank Deposits (2011-2015) | |
| 174 | | 11/1 | ✓ | ✓ | Summary Chart-Hou-God Suntrust Bank Deposits (2011-2015) | |
| | | 11/1 | ✓ | | [ | |
| 175 | | 11/1 | ✓ | ✓ | Floorplans of Anderson County Jail (20148-20149) | |
| | | 11/2 | | | | |
| 176 | | 11/2 | ✓ | ✓ | Joselito Olmo Plea Agreement (redacted) (21020-21032) | |
| 177 | | 11/2 | ✓ | ✓ | Photo Array-Eric Scott (21033) | |
| 178 | | 11/2 | ✓ | ✓ | Photo Array-Yaphet Thomas (21034) | |
| 179 | | 11/2 | ✓ | ✓ | Photo Array-Samuel Calhoun (21036) | |
| 180 | | 11/2 | ✓ | ✓ | Photo Array-Chee Davis (21035) | |
| 181 | | 11/2 | ✓ | ✓ | "Affidavit" of Eric Scott and Joselito Olmo dated November 17, 2015 (not filed) (19025-19026) | |
| 182 | | 11/2 | ✓ | ✓ | "Affidavit" by Joselito Olmo (filed January 8, 2016) | |
| 183 | | 11/2 | ✓ | ✓ | "Affidavit" by Joselito Olmo and Samuel Calhoun dated December 15, 2015 (unsigned) (20245-20246) | |
| 184 | | 11/2 | ✓ | ✓ | Photo-Backpack with money (19004) | |
| 185 | | 11/2 | ✓ | ✓ | Photo-Backpack with money (close-up) (19005) | |
| 186 | | 11/2 | ✓ | ✓ | Photo-Stacks of money on marble table (19006) | |
| | | 11/2 | | | | |
| 187 | | 11/2 | ✓ | ✓ | Samuel Calhoun plea agreement (redacted) (20067-20076) | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 8 of __10__ Pages

| | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION | |
|---|---|---|---|---|---|---|
| | | | USA | vs. | Eric Scott, et al | CRIMINAL NO: 8:15-129 |
| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 188 | | | | ✓ | "Affidavit" of Samuel Calhoun (20243-20244) | |
| 189 | | 11/2 | ✓ | ✓ | "Affidavit" of Eric Scott (20247-20248) | |
| 190 | | 11/2 | ✓ | ✓ | Photo-Front of Mercedes taken on 8-1-15 (14246) | |
| 191 | | 11/2 | ✓ | ✓ | Photo-Side of Mercedes taken on 8-1-15 (14243) | |
| 192 | | 11/2 | ✓ | ✓ | Photo-Interior of Mercedes taken through passenger window on 8-1-15 (14243) | |
| 193 | | 11/2 | ✓ | ✓ | Photo-Rear of Mercedes taken on 8-1-15 (14242) | |
| 194 | | 11/2 | ✓ | ✓ | Photo-Rear of Chevy Traverse taken on 8/1/15 (14237) | |
| 195 | | 11/2 | ✓ | ✓ | Photo-Side of Chevy Traverse taken on 8/1/15 (14240) | |
| 196 | | 11/2 | ✓ | ✓ | Photo-Front of 205 Memory Lane taken on 8/1/15 (14516) | |
| 197 | | 11/2 | ✓ | ✓ | Photo-Escalade at Memory Lane (14519) | |
| 198 | | 11/2 | ✓ | ✓ | Photo-Rear of Escalade at Memory Lane (14520) | |
| 199 | | 11/2 | ✓ | ✓ | Photo-Front of White Acura (14525) | |
| 200 | | 11/2 | ✓ | ✓ | Photo-Side of White Acura (14527) | |
| 201 | | 11/2 | ✓ | ✓ | Photo-Den from kitchen at Memory Lane (14543) | |
| 202 | | 11/2 | ✓ | ✓ | Photo-Kitchen from den at Memory Lane (14555) | |
| 203 | | 11/2 | ✓ | ✓ | Photo-Camera on roof from Memory Lane (14580) | |
| 204 | | 11/2 | ✓ | ✓ | Photo-Food saver sealer from 205 Memory Lane (14605) | |
| 205 | | 11/2 | ✓ | ✓ | Photo-Police officer standing next to cushion from couch with slit from Memory Lane (14622) | |
| 206 | | 11/2 | ✓ | ✓ | Photo-Handle of pistol in couch cushion from Memory Lane (14623) | |
| 207 | | 11/2 | ✓ | ✓ | Photo-Pistol found in cushion from Memory Lane found (14625) | |
| 208 | | 11/2 | ✓ | ✓ | Photo-Kil wrapper from Memory Lane (14672) | |
| 209 | | 11/2 | ✓ | ✓ | Photo-Wall with opening from Memory Lane (14680) | |
| 210 | | 11/2 | ✓ | ✓ | Photo-Other side of wall with brick in view from Memory Lane (14689) | |
| 211 | | 11/2 | ✓ | ✓ | Photo-Opening to secret room from Memory Lane (14681) | |
| 212 | | 11/2 | ✓ | ✓ | Photo-Secret room from Memory Lane (14701) | |
| 213 | | 11/2 | ✓ | ✓ | Photo-Kilogram press plates with "z" on it from Memory Lane (14703) | |
| 214 | | 11/2 | ✓ | ✓ | Photo-Kilogram press plates with star of David and 5 from Memory Lane (14707) | |
| 215 | | 11/2 | ✓ | ✓ | Photo-Scale in secret room from Memory Lane (14717) | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION |
| | | | USA vs. Eric Scott, et al | | CRIMINAL NO: 8:15-129 |
| 216 | | 11/2 | ✓ | ✓ | Photo-Shotgun standing up in secret from at Memory Lane (14725) |
| 217 | | 11/2 | ✓ | ✓ | Photo-Loaded shotgun from secret room in Memory Lane (14726) |
| | | 11/3 | | | - |
| 218 | | 11/3 | ✓ | ✓ | DEA Form 13A (PE) |
| 219 | | | | | Wisenator (PE) |
| 220 | | 10/27 | ✓ | ✓ | copy of license |
| 221 | | 10/28 | ✓ | | ID only |
| | 1 | 10/28 | ✓ | | ID only Anderson County Sheriff Release Date 12/18/11 |
| 222 | | 11/4 | ✓ | ✓ | ~~ID only~~ Clarence Cunningham ~~in only~~ forfeiture |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.