# Exhibit A

# Certificate of Accuracy

STATE OF SOUTH CAROLINA

COUNTY OF GREENVILLE

I, <u>ELIZABETH GIERSBERG</u>, the undersigned, being duly sworn, depose and say the following:

I am a federally Certified Spanish Interpreter and Translator.

I am proficient in both, English and Spanish, languages.

I have transcribed and translated the attached document from Spanish into English, to wit:

*Transcript and translation AJ1D104L.V15*
*Transcript and translation C41A10GD.V15*
*Transcript and translation AH1D102N.V15*
*Transcript and translation BD2F1044.V15*

I hereby certify that the translation is a true, complete and accurate translation to the best of my knowledge and ability.

_____
Signature of qualified translator

11-5-2016



DEFENDANT'S EXHIBIT 23

Elizabeth Giersberg, Federally Certified Spanish Interpreter and Translator
Forensic Transcription — Spanish to English

Description: Jail Call: C41A10GD.V15
Date of Recording: 12/04/2015
Time Code(s): 0:00:33 to 0:15:17
Transcriber: Elizabeth Giersberg, FCCI
Translator: Elizabeth Giersberg, FCCI

**Legend in English and Spanish (Clave en inglés y español)**

| | |
|---|---|
| MV | Male Voice (Voz Masculina) |
| FV1 | Female Voice 1 (Voz Femenina 1) |
| FV2 | Female Voice 2 (Voz femenina 2) |
| UV | Unknown Voice (Voz Desconocida) |
| [U/I], [I/I] | Unintelligible (Ininteligible) |
| [PH], [F] | Phonetic (Fonético) |
| [xx] | Translator's notes (Anotaciones del traductor) |
| *Italics (Cursiva)* | Originally spoken in English (En inglés en la versión original) |

| | Speaker | Transcription (Transcripción) | | Translation Spa – Eng (Traducción esp – ing) |
|---|---|---|---|---|
| 1 | MV | Aló. | 0:33 | Hello. |
| 2 | FV1 | Dime, dime ¿cómo estás? | | Tell me, tell me, how are you? |
| 3 | MV | Bien, y tú Meya [F], ¿cómo estás? | | Fine, and you Meya [PH], how are you? |
| 4 | FV1 | Bien, aquí, en la casa. | | Fine, here, at home |
| 5 | MV | ¿Qué haces? | | What are you doing? |
| 6 | FV1 | Nada, aquí, haciendo una sopita [I/I] | | Nothing, here, making a little soup [U/I] |
| 7 | MV | Oh, okey. | | Oh, ok. |
| 8 | FV1 | Que me entró las hambres. Y [*risita*] llegué ahorita del trabajo y [I/I]. | | I got hungry, and [chuckles] I just got home from work and [U/I]. |
| 9 | MV | Ya, okey. | | Got you. Ok. |
| 10 | FV1 | No he hecho nada de comer. | | I haven't made anything for dinner. |

Elizabeth Giersberg, Federally Certified Spanish Interpreter and Translator
Forensic Transcription — Spanish to English

| | Speaker | Transcription (Transcripción) | | Translation Spa – Eng (Traducción esp – ing) |
|---|---|---|---|---|
| 210 | FV2 | Mhm. | | Uh-huh. |
| 211 | MV | [I/I] y vainas . Sí, ellos | | and stuff. Yeah, they |
| 212 | FV2 | Mhm. | | Uh-huh. |
| 213 | MV | lo que necesitan yo creo para eso, para, para, para el otro muchacho, ese. Sí. El colombiano ese… | | what they need I think for that, for, for, for the other guy, that one guy. Yeah. That one Colombian guy… |
| 214 | FV2 | Mhm. | | Uh-huh. |
| 215 | MV | …investigándolo a él también, yo creo. [U/I] | | …investigating him too, I think. [U/I] |
| 216 | FV2 | Mm, bueno. | | Hmm, alright. |
| 217 | MV | Mhm. Ya le dije y ya. Y también ellos saben porque ellos no-- ellos saben que desde que le agarraron ese dinero ahí, él-- después eso él más nunca volvió a trabajar conmigo tampoco, ¿me en tiendes? Más… | | Uh-huh. I already told him and that was all. And also they know because they don't-- they know that since they got that money from him there, he-- after that he never worked with me again either, you know what I mean? Not again… |
| 218 | FV2 | Mhm. | | Uh-huh. |
| 219 | MV | Ese último día, aquel día antes de yo caer preso, tú sabes, ese día también. Y ya. Mhm. | | That last day, that one day before I was locked up, you know, that day too. And that was it. Uh-huh. |
| 220 | FV2 | Mhm. | | Uh-huh. |
| 221 | MV | Pues sí, tú lo saludas ahí Ivana y, y ya Ivana le dices que no, que yo voy a hacer, pero que todo está vaina. Le dices. | 9:20 | Well, yeah, say hi to him Ivana and, and then Ivana tell him not to, that I'm going to do, but things are tuff, you know, you tell him. |
| 222 | FV2 | Mhm. | 9:28 | Uh-huh. |
| 223 | MV | A mí me van… ellos me iban a dar, eran de-de 12 a 15 que me tocaban, por ese dinero que me bajaron de--de tres a cinco. So, a él le van a-- le bajan más de…menos de ahí. No más le van… | 9:29 | They were going…they were going to give me, it was from--from 12 to 15 that I was supposed to get, because of that money that they lowered me from-- fro three to five. So, for him they'll-- they'll lower it more from…less than that. They're just going to… |
| 224 | FV2 | Mhm. No, yo creo que ya que esté allá, tú sabes… hablan a ver, a ver cómo se tiene que declarar. | 9:39 | Uh-huh. No, I think that now when he gets over there, you know… they'll talk [or: you'll talk] to see, to see how he has to plea. |